

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 4734**

| | |
|---|---|
| SHR & SIMMONS JEWELRY GROUP, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> GOLD LLC, <br><br> *Defendants.* | Civil Action No. <br><br> ECF CASE |

## STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for SHR & SIMMONS JEWELRY GROUP, LLC certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

GOTTLIEB, RACKMAN & REISMAN, P.C.
Attorneys for Plaintiff
270 Madison Avenue, 8th Floor
New York, New York 10016
(212) 684-3900

By: *[signature]*
Jeffrey M. Kaden (JK 2632)
jkaden@grr.com
Yuval H. Marcus (YM 5348)
ymarcus@grr.com
Marc P. Misthal (MM 6636)
mmisthal@grr.com

Dated:   New York, New York
         June 4, 2007