# EXHIBIT "2"

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA _____ VAU _____

EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼
LA Collection - Unpublished

NATURE OF THIS WORK ▼ See instructions
Jewelry Design

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
N/A

If published in a periodical or serial give: Volume ▼ _____ Number ▼ _____ Issue Date ▼ _____ On Pages ▼ _____

**2**

**a** NAME OF AUTHOR ▼
Simmons Jewelry Company

DATES OF BIRTH AND DEATH
Year Born ▼ _____ Year Died ▼ _____

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of the work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile Name of Country
OR ☐ Citizen of _____
☐ Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☒ Jewelry design ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼ _____ Year Died ▼ _____

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile Name of Country
OR ☐ Citizen of _____
☐ Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
2005
Year In all cases.
This information must be given

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____ Nation N/A

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Simmons Jewelry Company
One Rockefeller Plaza
New York, NY 10020

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**6**

a  See instructions before completing this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Joan M. Gallo
Simmons Jewelry Co.
One Rockefeller Plaza, NY NY 10020

Area code and daytime telephone number (212) 554-9407     Fax number (212) 489-9441
Email joangga@shr8.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Simmons Jewelry Company
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Joan M. Gallo     Date 7/27/05

Handwritten signature (X) ▼
X Joan M. Gallo

Certificate will be mailed in window envelope to this address:
Name ▼ Simmons Jewelry Company
Number/Street/Apt ▼ One Rockefeller Plaza - 24th Fl.
City/State/ZIP ▼ New York, NY 10020

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ⊕ Printed on recycled paper     U.S. Government Printing Office: 2003-495-605/60,029



All Stainless steel Bracelet :

1/15
Applicant: The Simmons Jewelry Co.
For: L.A. Collection



234.40mm

An Stainless steel Bracelet :



5.9mm

Applicant:  The Simmons Jewelry Co.
For:  L.A. Collection

234.40mm

All Stainless steel Bracelet:

3/15
Applicant:  The Simmons Jewelry Co.
For:  L.A. Collection



Stainless steel + black pu Bracelet :



4/15
Applicant:  The Simmons Jewelry Co.
For:  L.A. Collection

234.40mm

 

Stainless steel + black pu Bracelet :



Applicant:  The Simmons Jewelry Co.
For:  L.A. Collection

234.4mm



Stainless steel + black pu  Bracelet :

Applicant:  The Simmons Jewelry Co.
For:  L.A. Collection

189 16mm

8mm

5.69mm

6mm



stainless steel + black pu + IPG rose gold plated Bracelet :

Applicant:  The Simmons Jewelry Co.
For:  L.A. Collection



234.40mm

8/15
Applicant: The Simmons Jewelry Co.
For: L.A. Collection

234.40mm



Applicant:  The Simmons Jewelry Co.
For:  L.A. Collection

234.4mm

13mm

5.9mm



**Stainless steel + black pu + stones**

Stones :   1.40mm  209pcs(0.012 points×209pcs = 2.508cts )
Target weight :  2.50cts

10/15
Applicant:  The Simmons Jewelry Co.
For:  L.A. Collection



234.4mm

13mm

Stainless steel + black pu + stones



Stones :    1.50mm  10pcs ( 0.014 points × 10pcs = 0.14cts )    1.40mm 1pc (0.012×1pc = 0.012cts)
Target weight :  0.15cts

11/15
Applicant:  The Simmons Jewelry Co.
For:  L.A. Collection

 

**Stainless steel + black pu + stones Bracelet :**

Stones :    1.40mm  150pcs ( 0.012 points × 150pcs = 1.8cts )    1.60mm  1pc (0.018 points×1pc =0.018cts)
Target weight :   1.8cts

Applicant:  The Simmons Jewelry Co.
For:  L.A. Collection

Stainless steel + black PU + Stones Bracelet

Stones :   1.55mm  312pcs ( 0.016 points × 312pcs = 4.992cts)    1.60mm 1pc (0.018 points× 1pc =0.018cts)
Target weight :  5.0 cts

Applicant:  The Simmons Jewelry Co.
For:  L.A. Collection




Stainless steel + black pu + stones



Stones :    1.30mm  50pcs ( 0.010 points × 50pcs = 0.50cts )    1.40mm 1pc (0.012×1pc = 0.012cts)
Target weight :  0.50cts

Applicant:  The Simmons Jewelry Co.
For:  L.A. Collection



15/15
Applicant: The Simmons Jewelry Co.
For: L.A. Collection

# EXHIBIT "3"



# EXHIBIT "4"

SPRING 2006 : JEWELRY MARKETH THE MAN

AS SEEN

LUSTRE NOV/DEC 2005



FROM TOP "Los Angeles, stainless steel and rubber bracelet with 5 carats of diamonds. SIMMONS JEWELRY. Cuff links in 18k white gold with black enamel inlay and diamonds. CHAD ALLISON. Black diamond ball cuff links in 18k white gold. SHERYL JONES. Oval diamond stud earrings 2 AWESOME INTERNATIONAL. Rope 18k gold tie bar. LOUIS TAMIS. Platinum collar stays with diamonds. STAYCLIP

Simmons Jewelry Co.

ONE ROCKEFELLER PLAZA, 28TH FLOOR | NEW YORK, NY 10020 | TEL 212.397.0981

WWW.SIMMONSJEWELRYCO.COM

the **4C's,** *plus* a few more...

PHOTOGRAPHY BY MASSIMO GAMMACURTA

AS SEEN

UPTOWN VOLUME 2, NUMBER 4 2005

*Cross.* Rubber and stainless steel bracelet, $7,995, by Simmons Jewelry Co. 212.397.0981. * *Chrysanthemum.* Blossom right hand ring in white gold, $10,000, by Simmons (special order). * *Craps.* Turning dice pendant, $456, with cylinder chain, $175, both in stainless steel by Simmons. * *Crosscut.* Ring with grommet chain in silver, $2,100, by Plangepolla. 305.672.8476. * *Cufflinks.* Cufflinks in white gold, $900, by Manny Winick & Son, Inc. 212.302.9555. * *Chains.* Bicycle bracelet, $3,250, and necklace, $13,000, in stainless steel by IceLink. 213.622.7707. * *Circle.* Hoops in white gold, $2,999, by Universal Jewelers. 310.301.9297. – *Amber Elé*

UP TO WN

TERRENCE HOWARD

DARE DENIM

OPRAH goes BROADWAY

ICE-COLD BLING

GUIDE TO ENTERTAINING

# EXHIBIT "5"

US00D543477S

(12) **United States Design Patent**
So et al.

(10) Patent No.: **US D543,477 S**
(45) **Date of Patent:**    ✱✱ **May 29, 2007**

(54) **COMBINED BRACELET OR RING JEWELRY LINKAGE**

(75) Inventors: **Mike So**, Kwai Chung (HK); **Asher Hoffman**, New York, NY (US)

(73) Assignee: **The Simmons Jewelry Co.**, New York, NY (US)

(✱✱) Term: **14 Years**

(21) Appl. No.: **29/260,626**

(22) Filed: **May 30, 2006**

(51) LOC (8) Cl. .................................................. **11-01**

(52) U.S. Cl. ............................................ **D11/13; D11/26**

(58) **Field of Classification Search** ............. D11/1–25, D11/81; D8/499; D12/114; 63/3, 4; 59/78, 59/79, 81, 82–83, 95
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 522,247 | A | ✱ | 7/1894 | Wilson .......................... 59/78 |
| D25,557 | S | ✱ | 6/1896 | Sturdy ......................... D11/79 |
| D39,049 | A | | 2/1908 | Scullin |
| 1,344,111 | A | | 6/1920 | Benson |
| D82,091 | S | | 9/1930 | Hill |
| D100,147 | S | | 6/1936 | Braun |
| D102,842 | S | ✱ | 1/1937 | Ritter ......................... D11/12 |
| D131,373 | S | ✱ | 2/1942 | Chernow ..................... D11/12 |
| 3,022,648 | A | | 2/1962 | Thaler |
| 3,147,586 | A | ✱ | 9/1964 | Archer .......................... 59/78 |
| 3,633,357 | A | | 1/1972 | King .............................. 59/35 |
| D246,830 | S | ✱ | 1/1978 | Lossini ........................ D11/12 |
| D246,960 | S | ✱ | 1/1978 | Lossini ......................... D11/4 |
| D247,103 | S | ✱ | 1/1978 | Lossini ........................ D11/12 |
| D265,067 | S | | 6/1982 | Grosskopf ................... D11/30 |
| D279,462 | S | | 7/1985 | Weikel ........................ D11/38 |
| D298,422 | S | | 11/1988 | Messa ......................... D11/34 |
| D299,815 | S | | 2/1989 | Shapiro ....................... D11/35 |
| D299,912 | S | | 2/1989 | Goldman et al. ........... D11/38 |
| D301,121 | S | | 5/1989 | Messa ......................... D11/34 |
| D339,081 | S | | 9/1993 | Pandel .......................... D11/3 |
| D341,102 | S | | 11/1993 | Wunderman ................. D11/3 |
| D352,476 | S | | 11/1994 | Lefevre ....................... D11/25 |
| D358,355 | S | | 5/1995 | Fernandez |
| D399,161 | S | | 10/1998 | Mougenot .................... D11/3 |

| | | | | |
|---|---|---|---|---|
| D400,468 | S | ✱ | 11/1998 | Norman ........................ D11/81 |
| D412,058 | S | ✱ | 7/1999 | Edworthy ................... D3/208 |
| 6,085,550 | A | | 7/2000 | Ishida ...................... 63/15.65 |
| D438,813 | S | ✱ | 3/2001 | Yellen .......................... D11/3 |
| D441,692 | S | | 5/2001 | Niblett et al. ............. D12/95 |
| D443,843 | S | | 6/2001 | Schopfer ..................... D11/3 |
| D445,055 | S | | 7/2001 | Subilia ......................... D11/3 |
| D446,469 | S | | 8/2001 | Roden .......................... D11/3 |
| D460,698 | S | ✱ | 7/2002 | Jamin ........................ D10/32 |
| D471,482 | S | | 3/2003 | Calvani ....................... D11/3 |
| 6,598,382 | B1 | | 7/2003 | Yoo ............................... 59/80 |
| D479,768 | S | ✱ | 9/2003 | Macevicz .................. D3/211 |
| D489,020 | S | | 4/2004 | Hill ............................... D11/3 |
| D491,828 | S | | 6/2004 | Chang .......................... D11/3 |
| D492,613 | S | | 7/2004 | Kim et al. ................. D11/12 |
| D495,616 | S | | 9/2004 | Fountoulakis ............. D11/26 |
| D510,291 | S | | 10/2005 | Calvani ..................... D11/16 |
| 2002/0069670 | A1 | | 6/2002 | Rosenberg |
| 2003/0014996 | A1 | | 1/2003 | Feuer |

✱ cited by examiner

*Primary Examiner*—Louis Zarfas
*Assistant Examiner*—Michael Pratt
(74) *Attorney, Agent, or Firm*—Levisohn, Berger & Langsam, LLP

(57) **CLAIM**

The ornamental design for combined bracelet or ring jewelry linkage, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a first embodiment of the present invention;

FIG. 2 is a top plan view of the invention of FIG. 1;

FIG. 3 is a bottom plan view of the invention of FIG. 1;

FIG. 4 is a right side plan view of the invention of FIG. 1, the left side plan view being substantially identical; and,

FIG. 5 is a top plan view of a second embodiment of the present invention, the remaining views being substantially identical with those of the first embodiment except for the extension of the rivets and the difference in proportional relationships.

The broken lines are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



U.S. Patent         May 29, 2007      Sheet 1 of 5           US D543,477 S



FIG. 1

**U.S. Patent**    May 29, 2007    Sheet 2 of 5    US D543,477 S



*FIG. 2*

**U.S. Patent**    May 29, 2007    Sheet 3 of 5    **US D543,477 S**



# FIG. 3

**U.S. Patent**    May 29, 2007    Sheet 4 of 5    **US D543,477 S**



*FIG. 4*

# EXHIBIT "6"



