EXHIBIT "6"
(Continued)





STEEL W/BLACK P

8 IN.     $589.00

# EXHIBIT "7"

PETER L. BERGER
JANE B. LINOWITZ
TUVIA ROTBERG
JONATHAN BERGER

DAVID COWAN
TECHNICAL CONSULTANT

LEVISOHN BERGER LLP
61 BROADWAY
NEW YORK, NEW YORK 10006

─────

TEL: (212) 486-7272
FAX: (212) 486-0323
WEBSITE: WWW.LLBL.COM
E-MAIL TO OFFICE:
PATENT@LLBL.COM

PATENTS,
TRADEMARKS
AND COPYRIGHTS

E-MAIL TO ATTORNEY:
FIRST INITIAL AND
LAST NAME OF
ATTORNEY@LLBL.COM

May 14, 2007

**BY FAX (213) 483-8429**
Gold LLC
Attention: Boris Bystrisky
1641 Allesandro Street
Los Angeles, CA 90026

Re:    Simmons / Gold LLC
       Our File No. 1693.025

Dear Sir:

You are knocking off Simmons Jewelry Co. bracelet designs.

A copy of the approval and drawings which are being copied by you are attached. The patent will issue on May 29, 2007.

You must cease and desist immediately and pull all items at your customers. We are aware this is a popular Father's Day item.

Courts will grant immediate restraining orders stopping knock offs.

Additionally, you must not show any of these at the upcoming JCK show in Las Vegas.

The simplest approach would be for you or your lawyer to contact me immediately to terminate the infringement and minimize customer aggravation.

Very truly yours,
LEVISOHN BERGER LLP

Peter L. Berger

PLB:wr
Enclosures
H:\WLR2\1693\1693-GoldLLC-514-07.wpd

# EXHIBIT "8"

LEVISOHN BERGER LLP
61 BROADWAY
NEW YORK, NEW YORK 10006
————

PETER L. BERGER
JANE B. LINOWITZ
TUVIA ROTBERG
JONATHAN BERGER
————
DAVID COWAN
TECHNICAL CONSULTANT

TEL: (212) 486-7272
FAX: (212) 486-0323
WEBSITE: WWW.LLBL.COM
E-MAIL TO OFFICE:
PATENT@LLBL.COM

PATENTS,
TRADEMARKS
AND COPYRIGHTS

E-MAIL TO ATTORNEY:
FIRST INITIAL AND
LAST NAME OF
ATTORNEY@LLBL.COM

May 21, 2007

**BY FAX (213) 483-8429**
Gold LLC
Attention: Boris Bystrisky
1641 Allesandro Street
Los Angeles, CA 90026

Re:    Simmons / Gold LLC
Our File No. 1693.025

Dear Sir:

We sent you a letter on May 14th, a copy of which is transmitted herewith as well as a copy of the issue notification of the design patent.

We are serious that you will not be able to continue to infringe this item.

You or your lawyer were invited to respond by May 21st, and your failure to do so will not avoid the consequences of your continued violation of our client's rights.

Very truly yours,
LEVISOHN BERGER LLP

Peter L. Berger

PLB:wr
Transmittals
H:\WLR2\1693\1693-GoldLLC-52107.wpd