AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/7/2007 |
| NAME OF SERVER (PRINT)<br>Ralph L. Brannen | TITLE<br>Los Angeles Co. Reg. Process Server #2075 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

Gold LLC, 1641 Allesandro St., Los Angeles, CA 90026 by Susan Barcena, Authorized to accept.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $20.00 | $60.00 | $80.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/9/2007
              Date                Signature of Server

1880 Century Park East, #1450, Los Angeles, CA  90067
Address of Server
310-553-5746

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.