| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | *FOR COURT USE ONLY* |
|---|---|---|
| ATTORNEY FOR *(Name)*: | | |
| NAME OF COURT: US District Court - Southern Distrct of New York<br>STREET ADDRESS: 500 Pearl Street<br>MAILING ADDRESS: same<br>CITY AND ZIP CODE: New York, New York 10007-1312<br>BRANCH NAME: Southern District | | |
| PLAINTIFF/PETITIONER: SHR | | |
| DEFENDANT/RESPONDENT: GOLD LLC | | |
| **DECLARATION** | | CASE NUMBER:<br>07CV-4734 |

I, Ralph L. Brannen, do hereby state and declare as follows:

1. I am over the age of eighteen, I am a resident of the State of California and I am not a party in the U.S. District Court Southern District of New York Civil Action entitled SHR V GOLD LLC: 07CV-4734.

2. I am the Sole Proprietor of Brannen Enterprises at 1880 Century Park East, Suite 1450, Los Angeles, CA, 90067, 310-553-5746. Brannen Enterprises is a Los Angeles County Registered Process Server; Number 2075. Brannen Enterprises was founded in 1986.

3. On 6/7/07, I was contracted by the Law Offices of Conkle, Kremer & Engel for service of SUMMONS; COMPLAINT; ORDER TO SHOW CAUSE; MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER & DECLARATION OF SCOTT RAUCH on Defendant GOLD LLC at it's business address of 1641 Allesamdro St., Los Angeles, CA 90026.

4. On 6/7/07 at 2:35 Pm, service was made at the above address. I met with Susan Barcena, person-in-charge of the outer office area. I explained the nature of all of the documents that I was serving. Ms. Barcena then telephoned the inner office area and spoke with someone. Upon completing the conversation, she informed me that she was authorized to accept service on behalf of GOLD LLC. Service of all documents listed above was completed at this time.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6/12/07

Ralph L. Brannen
(TYPE OR PRINT NAME)

▶ *(signature)*
(SIGNATURE OF DECLARANT)

☐ Petitioner/Plaintiff   ☐ Respondent/Defendant   ☐ Attorney
☑ Other *(specify)*: L.A. Co. Reg. Process Server #2075

(See reverse for a form to be used if this declaration will be attached to another court form before filing)

Form Approved by the
Judicial Council of California
MC-030 [New January 1, 1987]

**DECLARATION**