UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

SHR & SIMMONS JEWELRY GROUP, LLC,

      Plaintiff,

-v-

GOLD, LLC

      Defendant.

-------------------------------------------------------x

No. 07 Civ. 4734 (LTS)(JCF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 3 2007

## ORDER

      The Court has received and reviewed the parties' letters dated June 12, 2007. In light of the denial of Plaintiff's temporary restraining order application and provisional recall application provided in the June 7, 2007, Order, and the relatively short deadlines provided therein, the scheduled June 14, 2007, hearing will be conducted as a telephonic conference for the purpose of setting firm deadlines for submissions in connection with the application for preliminary injunctive relief. The hearing on the motion for a preliminary injunction will be consolidated pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure, with the trial on the merits of the claims for injunctive relief.

      In the interim the parties are urged to cooperate with each other in devising a proposed schedule and proceeding with appropriately expedited discovery, and are also encouraged to seek to negotiate a consensual resolution of this matter.

      The parties shall contact Courtroom Deputy Barbara Durocher at (212) 805-0419 to receive phone-in instructions for the June 14, 2007, telephonic conference.

      SO ORDERED.

Dated: New York, New York
       June 12, 2007

/s/ LAURA TAYLOR SWAIN
United States District Judge

Copies mailed to counsel
Chambers of Judge Swain 6/12/07