# GOTTLIEB, RACKMAN & REISMAN, P.C.
## COUNSELORS AT LAW

PATENTS · TRADEMARKS · COPYRIGHTS · INTELLECTUAL PROPERTY

270 MADISON AVENUE
NEW YORK, N.Y. 10016-0601
PHONE: (212) 684-3900 · FACSIMILE: (212) 684-3999
WEB: http://www.grr.com • E-MAIL: info@grr.com

JAMES REISMAN
MICHAEL I. RACKMAN
GEORGE GOTTLIEB
BARRY A. COOPER
DAVID S. KASHMAN
ALLEN I. RUBENSTEIN
JEFFREY M. KADEN
AMY B. GOLDSMITH
TIBERIU WEISZ
MARIA A. SAVIO
RICHARD S. SCHURIN

DONNA MIRMAN BROOME
BARBARA H. LOEWENTHAL
MARC P. MISTHAL
FRANK D. DECOLVENAERE
STEVEN STERN
YUVAL H. MARCUS
LEONID MIKITYANSKIY

PATENT AGENT
ZOYA V. CHERNINA

OF COUNSEL
DIANA MULLER*

* MEMBER OF THE BAR
OF ARGENTINA ONLY

June 19, 2007

**Via Facsimile**
Hon. Laura Taylor Swain
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 755
New York, N.Y. 10007

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: SHR & Simmons Jewelry Group LLC v. Gold LLC
07 Civ. 4734 (LTS)

Dear Judge Swain:

This firm represents plaintiff in the above referenced matter. We write this letter jointly with counsel for defendant, Bruce Katz, Esq., to request that the Court adjourn this afternoon's conference and reschedule same for Wednesday, June 27, 2007 at 3:30 p.m.

The parties jointly request this adjournment because they have made some progress on the path to settlement and want to continue that momentum, if possible. Specifically, in addition to continuing its cessation of all sales activities on the subject item, defendant has agreed to provide plaintiff with customer, supplier and sales information and documents relating thereto on an expedited basis (before the end of this week subject to client availability). Upon receipt of such information and documentation, plaintiff anticipates that it will then be in a position to meaningfully discuss a final resolution of this matter with defendant.

Respectfully submitted,
GOTTLIEB, RACKMAN & REISMAN

Richard S. Schurin (RS0199)

The request is granted.

SO ORDERED.

_____ 6/19/07
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: B. Katz, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 20 2007

TOTAL P.02