## GOTTLIEB, RACKMAN & REISMAN, P.C.
### COUNSELORS AT LAW
PATENTS · TRADEMARKS · COPYRIGHTS · INTELLECTUAL PROPERTY

270 MADISON AVENUE
NEW YORK, N.Y. 10016-0601
PHONE: (212) 684-3900 · FACSIMILE: (212) 684-3999
WEB: https://www.grr.com · E-MAIL: info@grr.com

JAMES REISMAN
MICHAEL I. RACKMAN
GEORGE GOTTLIEB
BARRY A. COOPER
DAVID S. KASHMAN
ALLEN I. RUBENSTEIN
JEFFREY M. KADEN
ANT B. GOLDSMITH
TIBERIU WEISZ
MARIA A. SAVIO
RICHARD S. SCHURIN

OF COUNSEL
MARIA MULLER

DONNA MIRMAN BROOME
BARBARA H. LOEWENTHAL
MARC P. MISTHAL
FRANK D. DECOOLYENAERE
STEVEN STERN
YUVAL H. MARCUS

PATENT AGENT
XIYA V. CHERNINA

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: JUN 2 8 2007]

June 27, 2007

**VIA FACSIMILE (212) 805-0426**
The Honorable Laura T. Swain
United States District Court
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: SHR & Simmons Jewelry Group LLC v. Gold LLC
07 CV 4734 (LTS)

Dear Judge Swain:

As you know, this firm represents plaintiff in the above-referenced matter. We write this letter to request that the Court adjourn this afternoon's conference. Defendant consents to this request.

Plaintiff requests that the Court take this action because the parties have reached a settlement in principle. Said settlement provides that the parties will execute a proposed Consent Judgment and Permanent Injunction Order. Plaintiff hopes to submit same to this Court as soon as possible. Given the circumstances, it is respectfully submitted that it would not be an efficient use of the parties' and the Court's time and resources to conduct a conference this afternoon.

Respectfully submitted,

GOTTLIEB, RACKMAN & REISMAN, P.C.

Marc P. Misthal

MPM
cc: Bruce D. Katz, Esq. (via facsimile)

*The conference is adjourned sine die and a 30-day order will be entered.*

**SO ORDERED.**

LAURA TAYLOR SWAIN   6/27/2007
UNITED STATES DISTRICT JUDGE

TOTAL P.02