# GOTTLIEB, RACKMAN & REISMAN, P.C.
## COUNSELORS AT LAW
PATENTS · TRADEMARKS · COPYRIGHTS · INTELLECTUAL PROPERTY

270 MADISON AVENUE
NEW YORK, N.Y. 10016-0601
PHONE: (212) 684-3900 · FACSIMILE: (212) 684-3999
WEB: http://www.grr.com · E-MAIL: info@grr.com

JAMES REISMAN
MICHAEL I. RACKMAN
GEORGE GOTTLIEB
BARRY A. COOPER
DAVID S. KASHMAN
ALLEN I. RUBENSTEIN
JEFFREY M. KADEN
AMY B. GOLDSMITH
TIBERIU WEISZ
MARIA A. SAVIO
RICHARD S. SCHURIN

OF COUNSEL
DIANA MULLER*

* MEMBER OF THE BAR
OF ARGENTINA ONLY

DONNA MIRMAN BROOME
BARBARA H. LOEWENTHAL
MARC P. MISTHAL
FRANK D. DECOLVENAERE
STEVEN STERN
YUVAL H. MARCUS

PATENT AGENT
ZOYA V. CHERNINA

July 23, 2007

**Via Facsimile**
Hon. Laura Taylor Swain
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 755
New York, N.Y. 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: JUL 2 5 2007

Re: SHR & Simmons Jewelry Group LLC v. Gold LLC
07 Civ. 4734 (LTS)

Dear Judge Swain:

This firm represents Plaintiff in the above referenced matter. We write this letter to request a 14 day extension of the time, until August 10, 2007, in which to execute a settlement agreement in this matter. Defendant consents to, and joins Plaintiff, in this request.

Respectfully submitted,
GOTTLIEB, RACKMAN & REISMAN

Richard S. Schurin

cc: B. Katz, Esq.

The provisions of the June 27, 2007 Order of discontinuance are extended through August 10, 2007.

SO ORDERED.

7/24/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

TOTAL P.02