# GOTTLIEB, RACKMAN & REISMAN, P.C.
## COUNSELORS AT LAW
PATENTS · TRADEMARKS · COPYRIGHTS · INTELLECTUAL PROPERTY

270 MADISON AVENUE
NEW YORK, N.Y. 10016-0601
PHONE: (212) 684-3900 · FACSIMILE: (212) 684-3999
WEB: http://www.grr.com · E-MAIL: info@grr.com

JAMES REISMAN
MICHAEL I. RACKMAN
GEORGE GOTTLIEB
BARRY A. COOPER
DAVID S. KASHMAN
ALLEN I. RUBENSTEIN
JEFFREY M. KADEN
AMY B. GOLDSMITH
TIBERIU WEISZ
MARIA A. SAVIO
RICHARD S. SCHURIN

OF COUNSEL
DIANA MULLER*

* MEMBER OF THE BAR OF ARGENTINA ONLY

DONNA MIRMAN BROOME
BARBARA H. LOEWENTHAL
MARC P. MISTHAL
FRANK D. DECOLVENAERE
STEVEN STERN
YUVAL H. MARCUS

PATENT AGENT
ZOYA V. CHERNINA

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: AUG 2 1 2007]

August 15 2007

**Via Facsimile**
Hon. Laura Taylor Swain
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 755
New York, N.Y. 10007

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: SHR & Simmons Jewelry Group LLC v. Gold LLC
07 Civ. 4734 (LTS)

Dear Judge Swain:

This firm represents Plaintiff in the above referenced matter. We write to request a further extension until August 31, 2007 of the thirty day Order originally issued on June 27, 2007. This Order was extended once before for a period of 2 weeks until August 10, 2007. Defendant consents to this request.

There is good cause for this further extension. The parties have agreed to a settlement in principle and exchanged settlement documents, but are still trying to work out some details. Counsel and the parties have been working diligently to resolve the remaining issues, and some e-mails to Defendant's counsel on the subject were unavoidably lost by Defendant's counsel computer. resulting in a delay. We hope to resolve the remaining issues shortly.

Respectfully submitted,
GOTTLIEB, RACKMAN & REISMAN

Richard S. Schurin

cc: Bruce Katz, Esq.

*The provisions of the June 27, 2007 order of discontinuance are extended through August 31, 2007.*

**SO ORDERED.**

8/20/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

TOTAL P.02