# GOTTLIEB, RACKMAN & REISMAN, P.C.
### COUNSELORS AT LAW
PATENTS · TRADEMARKS · COPYRIGHTS · INTELLECTUAL PROPERTY

270 MADISON AVENUE
NEW YORK, N.Y. 10016-0601
PHONE: (212) 684-3900 · FACSIMILE: (212) 684-3999
WEB: http://www.grr.com · E-MAIL: info@grr.com

JAMES REISMAN
MICHAEL I. RACKMAN
GEORGE GOTTLIEB
BARRY A. COOPER
DAVID S. KASHMAN
ALLEN I. RUBENSTEIN
JEFFREY M. KADEN
AMY B. GOLDSMITH
TIBERIU WEISZ
MARIA A. SAVIO
RICHARD S. SCHURIN

OF COUNSEL
DIANA MULLER*

*MEMBER OF THE BAR OF CONNECTICUT ONLY

DONNA MIRMAN BROOME
BARBARA H. LOEWENTHAL
STEVEN STERN
YUVAL H. MARCUS

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 3 1 2007
```

August 30, 2007

**Via Facsimile**
Hon. Laura Taylor Swain
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 755
New York, N.Y. 10007

Re: SHR & Simmons Jewelry Group LLC v. Gold LLC
07 Civ. 4734 (LTS)

Dear Judge Swain:

This firm represents plaintiff in the above referenced matter. We are pleased to advise the Court that the parties have now reached agreement on the principal terms. However, we must still request that the Court extend the current 30 day order one final time for the purpose of providing the parties' counsel sufficient time to revise the settlement document and for the parties to then sign same. Plaintiff requests a seven (7) day extension for this purpose. Defendant consents to this request.

Accordingly, plaintiff respectfully requests that the Court Order that the 30 day Order be extended up to and including September 7, 2007

Respectfully submitted,
GOTTLIEB, RACKMAN & REISMAN

Richard S. Schurin (RS0199)

cc: B. Katz, Esq.

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

The request is granted.

SO ORDERED.

8/30/07
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

TOTAL P.02